# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Metropolitan Government of Nashville and Davidson County, Tennessee <br><br> v. <br><br> Hyundai Motor Company, et al. <br><br> PLAINTIFF(S) / DEFENDANT(S) | **CASE NUMBER** <br><br> 8:24-cv-01702-JVS-(JDEx) <br><br> **ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1** <br> **(Magistrate Judge Related Cases)** |

[This form shall be used only in cases which do not qualify for direct assignment to the most recently assigned magistrate judge (see General Order 05-07).]

## CONSENT

I hereby consent to transfer of the above-entitled case ☐ as to matters referred pursuant to General Order 05-07 ☒ as to any discovery matters that are or may be referred to a Magistrate Judge to my calendar pursuant to Local Rule 83-1.3.1 and this Court's General Orders.

_August 19, 2024_
Date

*Karen E. Scott*
Karen E. Scott
United States Magistrate Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
Date

_____
United States Magistrate Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  **8:22-ml-03052-JVS-(KESx)**  and the present case:

☑ A. Arise from the same or closely related transactions, happenings or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

## NOTICE TO COUNSEL FROM CLERK

On all documents subsequently filed in this case, please substitute the initials  **KESx**  after the case number in place of the initials of the prior judge, so that the case number will read  **8:24-cv-01702-JVS-(KESx)** . This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☑ *Previous Judge*   ☐ *Statistics Clerk*